UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| LOGAN K.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:24-cv-00025<br><br>Magistrate Judge Daphne A. Oberg |

　　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and the case is remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　DATED this 30th day of July, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daphne A. Oberg
　　　　　　　　　　　　　　　　　　United States Magistrate Judge